IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| Lori Washington, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.: 2:07-2694-CWH |
| | ) | |
| vs. | ) | |
| | ) | |
| Hilton Hotels Corp. d/b/a | ) | |
| Hampton Inn, | ) | **ORDER** |
| Doe Professional Entity d/b/a | ) | |
| SCE Partnership, and | ) | |
| Hovhannes Petrosyan, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

On April 30, 2007, the plaintiff, Lori Washington, commenced this action, pursuant to Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000e, *et seq.*, in the Charleston County Court of Common Pleas. On August 2, 2007, the defendant Hampton Inn timely removed the action to this Court on the grounds of both federal question and diversity jurisdiction. On August 29, 2007, the defendant Hampton Inn moved to dismiss the plaintiff's second, third, and fourth causes of action for failure to state a claim upon which relief may be granted, pursuant to the Federal Rule of Civil Procedure 12(b)(6). On January 14, 2008, Magistrate Judge George C. Kosko ("Magistrate Judge Kosko") issued a report analyzing the issues and recommending that Hampton Inn's motion for partial dismissal should be granted.

This Court is charged with making a *de novo* determination of any portions of the magistrate judge's recommendation to which specific objection is made. *See* 28 U.S.C. § 636(b). The Court may accept, reject, or modify, in whole or in party, the report and recommendation, or recommit the matter with instructions. *See* 28 U.S.C. § 636(b)(1). To this date, the plaintiff has

failed to make a timely objection to the report and recommendation. Id. In the absence of objections to the report and recommendation, a district court judge need not conduct a *de novo* review, but instead must only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Diamond v. Colonial Life & Acc. Ins. Co., 416 F.3d 310 (4th Cir. 2005).

A review of the record indicates that the report and recommendation accurately summarizes this case and the applicable law. The Court declines to award Hampton Inn reasonable costs and attorney's fees expended in preparing and submitting the motion for partial dismissal. For the reasons articulated by Magistrate Judge Kosko, the Court grants Hampton Inn's motion for partial dismissal.

**AND IT IS SO ORDERED**.

_____
**C. WESTON HOUCK**
**UNITED STATES DISTRICT JUDGE**

March 17, 2008
Charleston, South Carolina